**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 36 MAL 2023

              Respondent             :

                                  :    Petition for Allowance of Appeal

                                  :    from the Order of the Superior Court

              v.                    :

                                  :

MICHAEL DAVID MARCHALK,          :

                                  :

              Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.